# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128862

MARTHA VALLEY,
          Plaintiff-Appellee,

v

SODEXHO-MARRIOTT a/k/a MARRIOTT
EDUCATIONAL SERVICES, INC., and
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA,
          Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128862
COA: 260184
WCAC: 03-000456

      On order of the Court, the application for leave to appeal the May 11, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

t1121